CITY OF BUFFALO

| Advice Amount | 1,751.74 |

| Emp No. | Employee Name | Dept. | Soc Sec No. | Advice Date | Period End | Type | Advice Number |
|---|---|---|---|---|---|---|---|
| 110900 | JILL M PARISI | C940 | | 10/14/2016 | 10/09/2016 | 1-STD-CITY | 590017 |

| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empl Cost YTD | Leave Code | Earned | Used | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| REG TIME | 29.2744 | 80.00 | 2,341.95 | FICA | 145.20 | 2,650.93 | | PERS LV | 0.000 | 0.000 | 48.000 |
| | | | | MEDICARE | 33.96 | 748.17 | | COMP | 0.000 | 0.000 | 0.800 |
| | | | | FIT | 61.08 | 1,889.81 | | SICK | 10.000 | 0.000 | 72.000 |
| | | | | NYS INC TA | 97.40 | 1,963.48 | | VACATION | 16.667 | 0.000 | 124.668 |
| | | | | NY RETIRE | 141.00 | 2,845.00 | | | | | |
| | | | | AFSCME 650 | 21.57 | 409.83 | | | | | |
| | | | | M&T BANK | 10.00 | | | | | | |
| | | | | CITIZENSBA | 70.00 | | | | | | |
| | | | | CITIZENS B | 10.00 | | | | | | |
| | | | | DIR DEPOSI | 1,751.74 | | | | | | |
| | | | | CITY OF BF | | 547.91 | | | | | |

### Advice Totals

| | |
|---|---|
| Total Pay | 2,341.95 |
| YTD | 51,594.22 |
| Gross Pay | 2,341.95 |
| YTD | 51,594.22 |
| Deductions | 590.21 |
| YTD | 11,055.13 |
| Net Pay | 1,751.74 |
| YTD | 32,964.09 |

### Withholding Allowances

| | M/S | # | Extra |
|---|---|---|---|
| Federal | | | $ .00 |
| State | | | $ .00 |

LEAVE BALANCES AS OF 10/09/16. ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202
Payroll Disbursement Account

Advice Date    Advice Number
10/14/2016    590017

$1,751.74

Deposit  ***** One Thousand Seven Hundred Fifty One Dollars and 74 Cents *****

To The
Account Of    JILL M PARISI

## DIRECT DEPOSIT
## NON-NEGOTIABLE

DD



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202

Forwarding Service Requested

00590017    C940

JILL M PARISI
104 PORTLAND STREET
BUFFALO, NY 14220

# 00590017

| CITY OF BUFFALO | | | | | | | | Advice Amount | | 1,751.74 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Emp No. 110900 | Employee Name JILL M PARISI | | | Dept. C940 | Soc. Sec. No. | Advice Date 09/30/2016 | Period End 09/25/2016 | Type 1-STD-CITY | | Advice Number 587685 | |
| Earnings | Rate | Hours | Total Amount | Deductions | Current | Year-To-Date | Empr Cost | YTD | Leave Code | Earned | Used | Balance |
| REG TIME | 29.2744 | 80.00 | 2,341.95 | FICA | 145.20 | 2,505.73 | | | PERS LV | 48.000 | 0.000 | 48.000 |
| | | | | MEDICARE | 33.96 | 714.21 | | | COMP | 0.000 | 0.000 | 0.800 |
| | | | | FIT | 61.08 | 1,828.73 | | | SICK | 0.000 | 0.000 | 62.000 |
| | | | | NYS INC TA | 97.40 | 1,866.08 | | | VACATION | 0.000 | 0.000 | 108.001 |
| | | | | NY RETIRE | 141.00 | 2,704.00 | | | | | | |
| | | | | AFSCME 650 | 21.57 | 388.26 | | | | | | |
| | | | | M&T BANK | 10.00 | | | | | | | |
| | | | | CITIZENSBA | 70.00 | | | | | | | |
| | | | | CITIZENS B | 10.00 | | | | | | | |
| | | | | DIR DEPOSI | 1,751.74 | | | | | | | |
| | | | | CITY OF BF | | | 547.91 | | | | | |

| | | | Advice Totals | |
|---|---|---|---|---|
| | | | Total Pay | 2,341.95 |
| | | | YTD | 49,252.27 |
| | | | Gross Pay | 2,341.95 |
| | | | YTD | 49,252.27 |
| | | | Deductions | 590.21 |
| | | | YTD | 10,554.92 |
| | | | Net Pay | 1,751.74 |
| | | | YTD | 31,212.35 |

Withholding Allowances
M/S # Extra
Federal $ .00
State $ .00

LEAVE BALANCES AS OF 9/25/16. ANY ? CONTACT TIMEKEEPER



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202
Payroll Disbursement Account

Advice Date 09/30/2016  Advice Number 587685

$1,751.74

Deposit ***** One Thousand Seven Hundred Fifty One Dollars and 74 Cents *****

To The Account Of  JILL M PARISI

## DIRECT DEPOSIT NON-NEGOTIABLE

DD



**City of Buffalo**
1230 City Hall
Buffalo, NY 14202

Forwarding Service Requested

00587685   C940

JILL M PARISI
104 PORTLAND STREET
BUFFALO, NY 14220

# 00587685