

# U.S. Bankruptcy Court, Western District of New York - Undeliverable Notice, In re: Jill Parisi, Case Number: 16-12287, MJK, Ref: [p-109197346]

| | |
|---|---|
| **From:** | USBankruptcyCourts@noticingcenter.com |
| **To:** | herdlaw@lawyer.com |
| **Date:** | Jun 24, 2017 7:52:58 AM |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney
June 25, 2017

From: United States Bankruptcy Court, Western District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Jill Parisi, Case Number 16-12287, MJK

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Olympic Towers, Suite 250**
**300 Pearl Street**
**Buffalo, NY 14202**

Undeliverable Address:
Verizon
PO Box 11328
Saint Petersburg, FL 33733

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

*One Verizon Way, Basking Ridge, NJ 07920*

_____   _6/30/17_____
Signature of Debtor or Debtor's Attorney       Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

**Attachments**

- B_P11612287clsnodsc0220.PDF

Case 1-16-12287-MJK,   Doc 68,   Filed 06/30/17,   Entered 06/30/17 09:25:34,
Description: Main Document, Page 2 of 2